UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | |
| | : | Charges: |
| JEANETTE N. AWASUM, | : | |
| | : | 18 U.S.C. § 1519 (Falsification of Records) |
| Defendant. | : | 18 U.S.C. § 2 (Aiding and Abetting) |

# INFORMATION

The United States Attorney charges that:

### Count One

1.  On or about June 21, 2010, in the District of Columbia, the defendant, Jeanette N. Awasum, did knowingly cause the falsification of 81 records with the intent to impede, obstruct, and influence the investigation and proper administration of an audit, a matter that the defendant knew was within the jurisdiction of the U.S. Department of Health and Human Services, a department and agency of the United States.

**(Falsification of Records, in violation of Title 18, United States Code, Sections 1519 and 2.**

RONALD C. MACHEN JR.
United States Attorney
Bar No. 447889

By: _/s/ Matt Graves_____

Matt Graves
Bar No. 481052
Assistant United States Attorney
Fraud & Public Corruption Section
555 4th Street, N.W., Room 5227
Washington, DC 20530
(202) 252-7762